460 A.2d 865

Commonwealth v. Kreider, Appellant.

Petition for Allowance of Appeal
Denied Aug. 29, 1983.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

CAVANAUGH, J., concurred in the result.